USDC SCAN INDEX SHEET



VLS     8/1/00     9:44
3:99-CR-01318   USA V. RUBALCAVA SANDOVAL
*361*
*CRDOGR.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
00 AUG -1 AM 8:42

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Miller
FROM: M Stottlemyer, Deputy Clerk    RECEIVED DATE: 07/28/00
CASE NO.: 99cr1318-JM    DOCUMENT    dft
CASE TITLE: USA vs Walters
DOCUMENT ENTITLED: Supplemental Trial Memo

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| X | 15.1 | Amended pleading not complete in itself /Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 07/28/00

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☒

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1.

CHAMBERS OF: **JEFFREY T. MILLER**

Dated: 7/31/00    By: [signature]
cc: All Parties

361

K:\COMMON\FORMS\CICCRM35.WPD
Form # Civ/Crim 35 (6/00) -- [Docuument Discrepancy / Court Order]